| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gbeku Gregory Wright**<br>First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–6627** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter | **7    9/9/19** |
| Case number: | **19–12994–BFK** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gbeku Gregory Wright | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5856 Riverside Drive<br>Woodbridge, VA 22193 | |
| 4. | **Debtor's attorney**<br>Name and address | Tenecia Pitts Reid<br>Law Office of Tenecia P. Reid, PLLC<br>9214 Center Street<br>Third Floor<br>Manassas, VA 20110 | Contact phone 703–393–1000<br>Email: reid@tpreidlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald F. King<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190 | Contact phone (703) 218–2100<br>Email: Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. **McVCIS 24–hour case information:** Toll Free 1–866–222–8029 | 200 South Washington Street Alexandria, VA 22314 Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. Contact phone 703–258–1200 | **For the Court:** Clerk of the Bankruptcy Court: William C. Redden Date: September 10, 2019 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 17, 2019 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: December 16, 2019** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 19-12994-BFK
Gbeku Gregory Wright                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: douglasse           Page 1 of 2              Date Rcvd: Sep 10, 2019
                              Form ID: 309A             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db             +Gbeku Gregory Wright,    5856 Riverside Drive,    Woodbridge, VA 22193-3748
15014268       +A&D Heating and Cooling,    7666 Old Battle Grove Road,    Baltimore, MD 21222-3507
15014269        Alliance Laundry Systems,    P.O. Box 203801,    Dallas, TX 75320-3801
15014270        Baltimore Gas and Electric Co.,    P. O. Box 13070,    Philadelphia, PA 19101-3070
15014275        Brock & Scott, PLLC,    3815 Forestgate Drive,    Winston Salem, NC 27103-0000
15014276       +Brock & Scott, PLLC,    1315 Westbrook Plaza Drive,    Winston Salem, NC 27103-1357
15014278       +Comcast,   P.O. Box 650543,    Dallas, TX 75265-0543
15014279       +David Kerivn Architecture, Inc,    1101 Saint Paul Street,    Apt. 2003,
                 Baltimore, MD 21202-2671
15014283       +FBCS, Inc.,   330 S. Warminster Road,    Suite 353,    Hatboro, PA 19040-3433
15014286       +JWA Consulting LLC,    6 Ashlee Court,    New Freedom, PA 17349-8669
15014290       +S.M. Mechanical, LLC,    115 Orsburn Drive,    Joppa, MD 21085-3031
15014292        Skarda & Associates, Inc.,    2439 M/ Charles Street,    Baltimore, MD 21218-0000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: reid@tpreidlaw.com Sep 11 2019 03:44:38      Tenecia Pitts Reid,
                 Law Office of Tenecia P. Reid, PLLC,    9214 Center Street,    Third Floor,
                 Manassas, VA  20110
tr             +EDI: BDFKING Sep 11 2019 07:24:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
                 Reston, VA 20190-5159
15014272        E-mail/Text: bankruptcy@bbandt.com Sep 11 2019 03:49:03      BB&T,   P.O. Box 1847,
                 Wilson, NC 27894-0000
15014271        E-mail/Text: bankruptcy@bbandt.com Sep 11 2019 03:49:03      BB&T,   P.O. Box 2306,
                 Wilson, NC 27894-0000
15014273        E-mail/Text: bankruptcy@bbandt.com Sep 11 2019 03:49:03      BB&T Bankruptcy Department,
                 P.O. Box 1847,    Wilson, NC 27894-1847
15014277        EDI: CAPITALONE.COM Sep 11 2019 07:24:00      Capital One Bank,    15000 Capital One Drive,
                 Richmond, VA 23238-0000
15014281        EDI: DISCOVER.COM Sep 11 2019 07:24:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850-0000
15014282       +E-mail/Text: collectionsdepartment@esfcu.org Sep 11 2019 03:48:53      Educational Systems FCU,
                 7500 Greenway Center Drive,    Greenbelt, MD 20770-3502
15014284       +E-mail/Text: bankruptcy@firstpointcollectionresources.com Sep 11 2019 03:49:49
                 FirstPoint Collection Resource,    225 Commerce Place,    P.O. Box 26140,
                 Greensboro, NC 27402-6140
15014285        EDI: IIC9.COM Sep 11 2019 07:24:00      I.C. System,    444 Highway 96 East,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
15014280        EDI: IRS.COM Sep 11 2019 07:24:00      Department of Treasury,    Internal Revenue Service,
                 Austin, TX 73301-0025
15014287       +E-mail/Text: bknotices@mbandw.com Sep 11 2019 03:49:41      McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
15014288       +E-mail/Text: Bankruptcies@nragroup.com Sep 11 2019 03:50:31      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15014291       +EDI: SEARS.COM Sep 11 2019 07:24:00      Sears/CBNA,    P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
15014293       +EDI: STFM.COM Sep 11 2019 07:24:00      State Farm Bank,    P.O. Box 2328,
                 Bloomington, IL 61702-2328
15014289       +E-mail/Text: Bankruptcy_General@pepco.com Sep 11 2019 03:49:21      pepco,   P.O. Box 13608,
                 Philadelphia, PA 19101-3608
15014294        EDI: COMCASTCBLCENT Sep 11 2019 07:24:00      xfinity,    P.O. Box 21428,
                 Saint Paul, MN 55121-0428
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15014274*      +BB&T Bankruptcy Department,    P.O. Box 1847,    Wilson, NC 27894-1847
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                         Signature:  /s/Joseph Speetjens

```
District/off: 0422-9          User: douglasse           Page 2 of 2                Date Rcvd: Sep 10, 2019
                              Form ID: 309A             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
              Donald F. King     Kingtrustee@ofplaw.com, va50@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Tenecia Pitts Reid    on behalf of Debtor Gbeku Gregory Wright reid@tpreidlaw.com,
               reidtr87332@notify.bestcase.com
                                                                                         TOTAL: 3
```

Case 19-12994-BFK    Doc 6    Filed 09/12/19    Entered 09/13/19 00:26:11    Desc Imaged
Certificate of Notice    Page 5 of 5